# UNITED STATES DISTRICT COURT

# DISTRICT OF IDAHO

| | |
|---|---|
| JAY E. BENCH,<br><br>    Plaintiff,<br><br>vs.<br><br>DAN GERSTENBLITT, M.D.,<br><br>    Defendant. | Case No. 4:09-CV-006-E-EJL<br><br><br>**JUDGMENT** |

Based upon this Court's Memorandum Decision and Order, entered herewith, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that this case is **DISMISSED** in its entirety without prejudice.

DATED: **April 6, 2009**

_Edward J. Lodge_
Honorable Edward J. Lodge
U. S. District Judge

**JUDGMENT- p. 1**